**William E. NICHOLSON–EL,**
**Plaintiff–Appellant,**

v.

**Joyce K. CONLEY; Kathleen Hawk, Director of the Federal Bureau of Prisons; John Ashcroft, Attorney General of the United States, Defendants–Appellees.**

No. 02–6343.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

William E. Nicholson–El, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William E. Nicholson–El appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nicholson–El v. Conley,* No. CA–01–798 (S.D.W.Va. Jan. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*